1042

No. 74–256. AMERICAN INSTITUTE FOR SHIPPERS' ASSNS., INC., ET AL. *v.* UNITED STATES ET AL.  Affirmed on appeal from D. C. R. I.  MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART would note probable jurisdiction and set case for oral argument.

No. 74–285. GEORGE TRANSFER & RIGGING Co., INC. *v.* UNITED STATES ET AL.  Affirmed on appeal from D. C. Md.

No. 74–360. LONG ISLAND RAIL ROAD Co. *v.* UNITED STATES ET AL.  Affirmed on appeal from D. C. E. D. N. Y.

No. 74–471. CASSIDY ET AL. *v.* WILLIS, ELECTION COMMISSIONER OF DELAWARE, ET AL.  Affirmed on appeal from Sup. Ct. Del.

No. 74–426. JOINER ET AL. *v.* CITY OF DALLAS ET AL.  Affirmed on appeal from D. C. N. D. Tex.  MR. JUSTICE WHITE and MR. JUSTICE POWELL would note probable jurisdiction and set case for oral argument.

No. 74–307. B & L MOTOR FREIGHT, INC., ET AL. *v.* HEYMANN, DIRECTOR, DIVISION OF MOTOR VEHICLES, ET AL.  Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.  MR. JUSTICE DOUGLAS, MR. JUSTICE WHITE, and MR. JUSTICE POWELL would note probable jurisdiction and set case for oral argument.